**SNEAKY PETE'S WOODFIRE GRILLE, INC**    5885

Employee
Russell E Schickling, 28105 225th St, LeClaire, IA 52753

SSN: ***-**-5962
Status (Fed/State): Married/Single
Pay Period: 02/22/2016 - 03/06/2016

Allowances/Extra: Fed-0/0/IA-0/0
Pay Date: 03/09/2016

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 400.00 | 2,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -7.00 | -35.00 |
| Social Security Employee | -24.80 | -124.00 |
| Medicare Employee | -5.80 | -29.00 |
| IA - Withholding | -9.00 | -45.00 |
| | -46.60 | -233.00 |

| Net Pay | 353.40 | 1,767.00 |
|---|---|---|

Sneaky Pete's Woodfire Grille, Inc., 207 N Cody Rd, Le Claire, IA 52753, Sneaky Petes Woodfire Grille Inc

Powered by Intuit Payroll

---

**SNEAKY PETE'S WOODFIRE GRILLE, INC**    5928

Employee
Russell E Schickling, 28105 225th St, LeClaire, IA 52753

SSN: ***-**-5962
Status (Fed/State): Married/Single
Pay Period: 03/21/2016 - 04/03/2016

Allowances/Extra: Fed-0/0/IA-0/0
Pay Date: 04/04/2016

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 400.00 | 2,800.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -7.00 | -49.00 |
| Social Security Employee | -24.80 | -173.60 |
| Medicare Employee | -5.80 | -40.60 |
| IA - Withholding | -9.00 | -63.00 |
| | -46.60 | -326.20 |

| Net Pay | 353.40 | 2,473.80 |
|---|---|---|

Sneaky Pete's Woodfire Grille, Inc., 207 N Cody Rd, Le Claire, IA 52753, Sneaky Petes Woodfire Grille Inc

Powered by Intuit Payroll

---

**SNEAKY PETE'S WOODFIRE GRILLE, INC**    5950

Employee
Russell E Schickling, 28105 225th St, LeClaire, IA 52753

SSN: ***-**-5962
Status (Fed/State): Married/Single
Pay Period: 04/04/2016 - 04/17/2016

Allowances/Extra: Fed-0/0/IA-0/0
Pay Date: 04/20/2016

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 400.00 | 3,200.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -7.00 | -56.00 |
| Social Security Employee | -24.80 | -198.40 |
| Medicare Employee | -5.80 | -46.40 |
| IA - Withholding | -9.00 | -72.00 |
| | -46.60 | -372.80 |

| Net Pay | 353.40 | 2,827.20 |
|---|---|---|

Sneaky Pete's Woodfire Grille, Inc., 207 N Cody Rd, Le Claire, IA 52753, Sneaky Petes Woodfire Grille Inc

Powered by Intuit Payroll

**SNEAKY PETE'S WOODFIRE GRILLE, INC**     5972

Employee: Russell E Schickling, 28105 225th St, LeClaire, IA 52753
SSN: ***-**-5962
Status (Fed/State): Married/Single
Pay Period: 04/21/2016 - 05/04/2016
Allowances/Extra: Fed-0/0/IA-0/0
Pay Date: 05/04/2016

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 400.00 | 3,600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -7.00 | -63.00 |
| Social Security Employee | -24.80 | -223.20 |
| Medicare Employee | -5.80 | -52.20 |
| IA - Withholding | -9.00 | -81.00 |
| | -46.60 | -419.40 |
| Net Pay | 353.40 | 3,180.60 |

Sneaky Pete's Woodfire Grille, Inc., 207 N Cody Rd, Le Claire, IA 52753, Sneaky Petes Woodfire Grille Inc

Powered by **Intuit Payroll**