## SNEAKY PETE'S WOODFIRE GRILLE, INC    5861

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| Kathy Schickling, 28105 225th St., LeClaire, IA 52753 | | | ***-**-4143 | Married/Single | Fed-1/0/IA-1/30 |
| | | | Pay Period: 02/08/2016 - 02/21/2016 | | Pay Date: 02/24/2016 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Bartender | 34:13 | 7.25 | 248.07 | 876.15 |
| Server | 27:16 | 4.35 | 118.61 | 530.92 |
| Tips in | | | 541.14 | 2,087.69 |
| | 61:29 | | 907.82 | 3,494.76 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -42.00 | -156.00 |
| Social Security Employee | -56.29 | -216.68 |
| Medicare Employee | -13.16 | -50.67 |
| IA - Withholding | -64.00 | -250.00 |
| | -175.45 | -673.35 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Tips Retained byEmployee | -541.14 | -2,087.69 |
| Aflac | -12.92 | -51.68 |
| | -554.06 | -2,139.37 |

| Net Pay | 178.31 | 682.04 |
|---|---|---|

Sneaky Pete's Woodfire Grille, Inc., 207 N Cody Rd, Le Claire, IA 52753, Sneaky Petes Woodfire Grille Inc

Powered by **Intuit Payroll**

---

## SNEAKY PETE'S WOODFIRE GRILLE, INC    5883

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| Kathy Schickling, 28105 225th St., LeClaire, IA 52753 | | | ***-**-4143 | Married/Single | Fed-1/0/IA-1/30 |
| | | | Pay Period: 02/22/2016 - 03/06/2016 | | Pay Date: 03/09/2016 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Bartender | 33:26 | 7.25 | 242.39 | 1,118.54 |
| Server | 33:05 | 4.35 | 143.91 | 674.83 |
| Tips in | | | 565.25 | 2,652.94 |
| | 66:31 | | 951.55 | 4,446.31 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -47.00 | -203.00 |
| Social Security Employee | -58.99 | -275.67 |
| Medicare Employee | -13.80 | -64.47 |
| IA - Withholding | -67.00 | -317.00 |
| | -186.79 | -860.14 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Tips Retained byEmployee | -565.25 | -2,652.94 |
| Aflac | -12.92 | -64.60 |
| | -578.17 | -2,717.54 |

| Net Pay | 186.59 | 868.63 |
|---|---|---|

Sneaky Pete's Woodfire Grille, Inc., 207 N Cody Rd, Le Claire, IA 52753, Sneaky Petes Woodfire Grille Inc

Powered by **Intuit Payroll**

---

## SNEAKY PETE'S WOODFIRE GRILLE, INC    5903

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| Kathy Schickling, 28105 225th St., LeClaire, IA 52753 | | | ***-**-4143 | Married/Single | Fed-1/0/IA-1/30 |
| | | | Pay Period: 03/07/2016 - 03/20/2016 | | Pay Date: 03/23/2016 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Bartender | 35:24 | 7.25 | 256.65 | 1,375.19 |
| Server | 29:07 | 4.35 | 126.66 | 801.49 |
| Tips in | | | 537.32 | 3,190.26 |
| | 64:31 | | 920.63 | 5,366.94 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -44.00 | -247.00 |
| Social Security Employee | -57.08 | -332.75 |
| Medicare Employee | -13.35 | -77.82 |
| IA - Withholding | -65.00 | -382.00 |
| | -179.43 | -1,039.57 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Tips Retained byEmployee | -537.32 | -3,190.26 |
| Aflac | -12.92 | -77.52 |
| | -550.24 | -3,267.78 |

| Net Pay | 190.96 | 1,059.59 |
|---|---|---|

Sneaky Pete's Woodfire Grille, Inc., 207 N Cody Rd, Le Claire, IA 52753, Sneaky Petes Woodfire Grille Inc

Powered by **Intuit Payroll**

**SNEAKY PETE'S WOODFIRE GRILLE, INC**                                                                                          5926

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Kathy Schickling, 28105 225th St., LeClaire, IA 52753 | | | | ***-**-4143 | Married/Single | Fed-1/0/IA-1/30 |
| | | | | Pay Period: 03/21/2016 - 04/03/2016 | | Pay Date: 04/04/2016 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Bartender | 34:22 | 7.25 | 249.16 | 1,624.35 |
| Server | 27:04 | 4.35 | 117.74 | 919.23 |
| Tips in | | | 548.68 | 3,738.94 |
| | 61:26 | | 915.58 | 6,282.52 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -43.00 | -290.00 |
| Social Security Employee | -56.77 | -389.52 |
| Medicare Employee | -13.28 | -91.10 |
| IA - Withholding | -65.00 | -447.00 |
| | -178.05 | -1,217.62 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Tips Retained byEmployee | -548.68 | -3,738.94 |
| Aflac | -12.92 | -90.44 |
| | -561.60 | -3,829.38 |

| Net Pay | 175.93 | 1,235.52 |
|---|---|---|

Sneaky Pete's Woodfire Grille, Inc., 207 N Cody Rd, Le Claire, IA 52753, Sneaky Petes Woodfire Grille Inc          Powered by **Intuit Payroll**

---

**SNEAKY PETE'S WOODFIRE GRILLE, INC**                                                                                          5948

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Kathy Schickling, 28105 225th St., LeClaire, IA 52753 | | | | ***-**-4143 | Married/Single | Fed-1/0/IA-1/30 |
| | | | | Pay Period: 04/04/2016 - 04/17/2016 | | Pay Date: 04/20/2016 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Bartender | 35:17 | 7.25 | 255.80 | 1,880.15 |
| Server | 36:56 | 4.35 | 160.66 | 1,079.89 |
| Tips in | | | 578.01 | 4,316.95 |
| | 72:13 | | 994.47 | 7,276.99 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -51.00 | -341.00 |
| Social Security Employee | -61.65 | -451.17 |
| Medicare Employee | -14.42 | -105.52 |
| IA - Withholding | -69.00 | -516.00 |
| | -196.07 | -1,413.69 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Tips Retained byEmployee | -578.01 | -4,316.95 |
| Aflac | -12.92 | -103.36 |
| | -590.93 | -4,420.31 |

| Net Pay | 207.47 | 1,442.99 |
|---|---|---|

Sneaky Pete's Woodfire Grille, Inc., 207 N Cody Rd, Le Claire, IA 52753, Sneaky Petes Woodfire Grille Inc          Powered by **Intuit Payroll**

---

**SNEAKY PETE'S WOODFIRE GRILLE, INC**                                                                                          5970

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Kathy Schickling, 28105 225th St., LeClaire, IA 52753 | | | | ***-**-4143 | Married/Single | Fed-1/0/IA-1/30 |
| | | | | Pay Period: 04/21/2016 - 05/04/2016 | | Pay Date: 05/04/2016 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Bartender | 33:36 | 7.25 | 243.60 | 2,123.75 |
| Server | 29:23 | 4.35 | 127.82 | 1,207.71 |
| Tips in | | | 609.03 | 4,925.98 |
| | 62:59 | | 980.45 | 8,257.44 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -50.00 | -391.00 |
| Social Security Employee | -60.79 | -511.96 |
| Medicare Employee | -14.21 | -119.73 |
| IA - Withholding | -69.00 | -585.00 |
| | -194.00 | -1,607.69 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Tips Retained byEmployee | -609.03 | -4,925.98 |
| Aflac | -12.92 | -116.28 |
| | -621.95 | -5,042.26 |

| Net Pay | 164.50 | 1,607.49 |
|---|---|---|

Sneaky Pete's Woodfire Grille, Inc., 207 N Cody Rd, Le Claire, IA 52753, Sneaky Petes Woodfire Grille Inc          Powered by **Intuit Payroll**