**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| RE:<br><br>**RUSSELL E. SCHICKLING**<br>**KATHY L. SCHICKLING**<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>) | CASE NO. 16-00997 |
|---|---|---|

## PROOF OF SERVICE

The undersigned certifies that the Debtor's Corrected Motion for Sanctions for Automatic Stay Violation filed as Docket No. 56, was served on all parties as indicated below at their respective addresses electronically (ECF) or by U.S. Mail on September 15, 2016.

By:  **X**  U.S. Mail  _____ Fax
     _____ Hand Delivered  _____ Overnight Courier
     _____ Certified Mail  **X**  Other Electronic, as indicated

*/s/ Pamela S. Hargrave*

| U.S. Trustee @<br>USTPRegion12.DM.ECF@usdoj.gov | Carol Dunbar, Trustee<br>mcdunbar@cfu.net;<br>cdunbar13s@ecf.epiqsystems.com | Richard A. Davidson<br>rdavidson@l-wlaw.com |
|---|---|---|
| John E. Waters<br>IDRbankruptcy@iowa.gov | Elizabeth E. Goodman on behalf of Trustee Carol F. Dunbar<br>Chapter13@qwestoffice.net;<br>awarford14@ecf.epiqsystems.com | Catherine A. Cooke<br>Robbins, Salomon & Patt, Ltd.<br>180 N. Lasalle St., Ste. 3300<br>Chicago, IL 60601 |